# EXHIBIT 3

LS9

# Earnings Statement

**ADP**

FORTIS INSTITUTE PENSACOLA
4081 EAST OLIVE ROAD
SUITE B
PENSACOLA, FL 32514

Period Beginning: 02/23/2024
Period Ending: 03/07/2024
Pay Date: 03/15/2024

Filing Status:
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DANIELLE DRISCOLL**
DRIVE
PACE FL 32571

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2500.00 | 86.67 | 2,500.00 | 12,500.00 |
| Gross Pay | | | **$2,500.00** | 12,500.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -113.27 | 566.35 |
| | Social Security Tax | -150.14 | 750.69 |
| | Medicare Tax | -35.11 | 175.56 |
| | **Other** | | |
| | Dental | -3.27* | 16.35 |
| | LIFE INS | -0.50 | 2.50 |
| | MEDICAL | -71.00* | 355.00 |
| | Vision | -4.16* | 20.80 |
| | 401K | -100.00* | 500.00 |
| | **Net Pay** | **$2,022.55** | |
| | Checking 1 | -505.64 | |
| | Checking 2 | -1,516.91 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 50.00 | 250.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 850-476-7607

HOURLY PAY PERIOD IS 23RD - 7TH PAID MID MONTH, AND 8TH - 22ND PAID AT MONTH END.

SALARY PAY PERIOD IS 1ST - 15TH PAID MID MONTH, AND 16TH TO LAST DAY OF THE MONTH PAID AT MONTH END.

**Additional Tax Withholding Information**
  Exemptions/Allowances:
    FL:        No State Income Tax

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,321.57

© 2000 ADP, Inc.

---

FORTIS INSTITUTE PENSACOLA
4081 EAST OLIVE ROAD
SUITE B
PENSACOLA, FL 32514

Advice number:
Pay date: 03/15/2024

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DANIELLE DRISCOLL** | xxxxxx | xxxx xxxx | $505.64 |
| | xxxxxxxx | xxxx xxxx | $1,516.91 |

**NON-NEGOTIABLE**